BATH HARDWOOD LUMBER COMPANY and S. M. Croft, Trustee, Appellants, v. J. A. VIQUESNEY, J. C. Myers, and J. C. Myers Lumber Company, Appellees. (Circuit Court of Appeals, Fourth Circuit. February 5, 1924.) No. 2142. Appeal from the District Court of the United States for the Southern District of West Virginia, at Huntington; George W. McClintic, Judge. J. H. Strickling, of Huntington, W. Va., for appellant. J. Blackburn Ware, of Phillippi, W. Va., and Fred O. Blue, of Charleston, W. Va., for appellees. Before WOODS, WADDILL, and ROSE, Circuit Judges.

ROSE, Circuit Judge. No useful purpose would be served by reciting here the complicated series of transactions and the disputable legal principles upon which rest the claim for relief of the plaintiffs below, appellants here. Suffice it to say that the existence of the facts essential to give them any standing in court is in dispute. To what conclusion one would come as to where the truth lies depends upon the relative degrees of credibility to be given to various witnesses. Most of them testified in open court. We are not persuaded that there was any error in the conclusion reached by the learned judge, who saw and heard nearly all of them. Affirmed.

---

Walter BEISANG et al., Plaintiffs in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6258. In Error to the District Court of the United States for the District of Minnesota. James Manahan and Thomas V. Sullivan, both of St. Paul, Minn., for plaintiffs in error. Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, under rule 17.

---

L. M. BELL, Plaintiff in Error, v. GARDEN CITY COMPANY. (Circuit Court of Appeals, Eighth Circuit. December 14, 1923.) No. 6514. In Error to the District Court of the United States for the District of Kansas. Chester I. Long, J. D. Houston, Austin M. Cowan, Claude I. Depew, James G. Norton, and W. E. Stanley, all of Wichita, Kan., for plaintiff in error. James H. Rothrock, of Colorado Springs, Colo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

---

W. I. BIDDLE, Warden, etc., Appellant, v. Orrie BILLINGSLY. (Circuit Court of Appeals, Eighth Circuit. December 5, 1923.) No. 6126. Appeal from the District Court of the United States for the District of Kansas. Al F. Williams, U. S. Atty., and Alton H. Skinner, Asst. U. S. Atty., both of Topeka, Kan., for appellant. Lee Bond, of Leavenworth, Kan., and L. S. Harvey, of Kansas City, Kan., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant.

---

W. I. BIDDLE, Warden, etc., Appellant, v. Sherman BILLINGSLY. (Circuit Court of Appeals, Eighth Circuit. December 5, 1923.) No. 6128. Appeal from the District Court of the United States for the District of Kansas. Al F. Williams, U. S. Atty., and Alton H. Skinner, Asst. U. S. Atty., both of Topeka, Kan., for appellant. Lee Bond, of Leavenworth, Kan., and L. S. Harvey, of Kansas City, Kan., for appellee.

PER CURIAM. Appeal dismissed without costs to either party in this court, on motion of appellant.